Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Western District of Washington**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☑ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy 06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Alexandra** <br> First name <br><br> **Katerina** <br> Middle name <br><br> **Lemelson** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **4 2 0 9** <br> OR <br> 9xx - xx - __ __ __ __ | xxx - xx - __ __ __ __ <br> OR <br> 9xx - xx - __ __ __ __ |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

About Debtor 1:

EIN __ __ - __ __ __ __ __ __ __

EIN __ __ - __ __ __ __ __ __ __

About Debtor 2 (Spouse Only in a Joint Case):

EIN __ __ - __ __ __ __ __ __ __

EIN __ __ - __ __ __ __ __ __ __

**5. Where you live**

**31004 Prevedell Rd**

Number        Street

_____

**Sedro Woolley, WA 98284**

City                                State        ZIP Code

**Skagit**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number        Street

**PO Box 218**

P.O. Box

**Lyman, WA 98263-0018**

City                                State        ZIP Code

**If Debtor 2 lives at a different address:**

_____

Number        Street

_____

City                                State        ZIP Code

_____

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number        Street

_____

P.O. Box

_____

City                                State        ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

Case 24-12920-CMA    Doc 1    Filed 11/14/24    Ent. 11/14/24 15:58:56    Pg. 2 of 72

**Part 2:** Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☑ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ MM / DD / YYYY | _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| | Debtor | | Relationship to you |
|---|---|---|---|
| | _____ | | _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11.** **Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?    _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?    _____
Number          Street

_____

_____
City                                    State      ZIP Code

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Alexandra Katerina Lemelson** _____

Alexandra Katerina Lemelson, Debtor 1

Executed on **11/14/2024** _____
              MM/ DD/ YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Kathryn P. Scordato**                    Date **11/14/2024**
Signature of Attorney for Debtor                MM / DD / YYYY

**Kathryn P. Scordato**
Printed name

**Scordato Law, PLLC**
Firm name

**PO Box 1962**
Number        Street

_____

**Seattle**                                **WA**    **98111-1962**
City                                State    ZIP Code

Contact phone **(206) 223-9595**        Email address **kathryn@scordatolaw.com**

**41922**                                **WA**
Bar number                            State

**Fill in this information to identify your case and this filing:**

Debtor 1     **Alexandra**     **Katerina**     **Lemelson**
          First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)     First Name      Middle Name      Last Name

United States Bankruptcy Court for the:     **Western**     District of     **Washington**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **1041 Sterk Ln**
Street address, if available, or other description

**Bellingham, WA 98226-7920**
City      State      ZIP Code

**Whatcom**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value: **Listing Price**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
    **$1,900,000.00**         **$950,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants in Common**

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.2**  **31004 Prevedell Rd**

Street address, if available, or other description

**Sedro Woolley, WA 98284**

City  State  ZIP Code

**Skagit**

County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value: **2024 Market Value per Skagit Co. Assessor's Office**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,752,600.00** | **$584,194.16** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead / Tenants in Common**

☐ **Check if this is community property** (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ........................................................................ ➔  **$1,534,194.16**

---

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

**3.1** Make:  **Mercedes-Benz**

Model:  **CLA250**

Year:  **2023**

Approximate mileage:  **35337**

Other information:

**Source of Value: KBB.com**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$38,000.00** | **$19,000.00** |

**4.** Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1 Make: _____

Model: _____

Year: _____

Other information:

[blank box]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
_____

**Current value of the portion you own?**
_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ....................................................➔ | **$19,000.00**

---

| **Part 3:** | Describe Your Personal and Household Items |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. ......... | **Household goods and furnishings** | **$5,000.00**

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........

**Cell phone**

**Personal Computer for Debtor**

**Personal Computer for Minor Child**

**Television**

**$2,700.00**

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe. ......... | **Equipment for sports and hobbies** | **$400.00**

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........

    | Firearms | $1,000.00 |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | Clothes, Shoes, Outerwear, Work-wear, and Accessories | $5,000.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

    | Jewelry | $150.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........

    | Minor Child's Dog | $500.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...................................................................................................... ➡ | $14,750.00 |

---

**Part 4:    Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No

    ☐ Yes ....................................................................................................................................    Cash: ...................    _____

---

Official Form 106A/B                                **Schedule A/B: Property**                                page **4**

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No

   ☑ Yes ..................... Institution name:

   | | | |
   |---|---|---|
   | 17.1. Checking account: | **Wells Fargo**<br>**Account Number: XXXXXX7720** | ($4.30) |
   | 17.2. Checking account: | **Wells Fargo**<br>**Account Number: XXXXXX7736** | $29.74 |
   | 17.3. Other financial account: | **UTMA Account (Blocked Account) belonging to Minor**<br>**Child with proceeds from personal injury settlement** | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No

   ☐ Yes ..................... Institution or issuer name:

   _____  _____

   _____  _____

   _____  _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No

   ☑ Yes. Give specific information about them.................... Name of entity: | % of ownership:

   | Name of entity: | % of ownership: | |
   |---|---|---|
   | **Barks and Bubbles Pet Grooming (Closed)** | **50.00%** | $0.00 |
   | **Puget Sound Doodles Pet Resort, LLC (Closed)** | **50.00%** | $0.00 |
   | **Puget Sound Doodles, LLC** | **50.00%** | unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No

   ☐ Yes. Give specific information about them.................... Issuer name:

   _____  _____

   _____  _____

   _____  _____

Case 24-12920-CMA    Doc 1    Filed 11/14/24    Ent. 11/14/24 15:58:56    Pg. 13 of 72

21.  **Retirement or pension accounts**

Examples:  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately.    Type of account:        Institution name:

401(k) or similar plan:    _____    _____

Pension plan:    _____    _____

IRA:    _____    _____

Retirement account:    _____    _____

Keogh:    _____    _____

Additional account:    _____    _____

Additional account:    _____    _____

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

Examples:  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ...................    Institution name or individual:

Electric:    _____    _____

Gas:    _____    _____

Heating oil:    _____    _____

Security deposit on rental unit:    _____    _____

Prepaid rent:    _____    _____

Telephone:    _____    _____

Water:    _____    _____

Rented furniture:    _____    _____

Other:    _____    _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ...................    Issuer name and description:

_____    _____

_____    _____

_____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☐ No

    ☑ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    | | |
    |---|---|
    | **Dream Ahead College Investment Plan \| 529 Account for Minor Child** | $10,093.20 |
    | **GET Program \| 529 Account for Minor Child** | $27,260.00 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

    Federal:

    State:

    Local:

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........ _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. ..............

**Claims against Kevin and Lindy Doyle (husband and wife, and their marital community) arising after October 6, 2020, not included in the First Amended Complaint but is of a similar nature as the claims contained therein, including the poisoning of livestock animals and loss of income**

**Claims against Kevin and Lindy Doyle (husband and wife, and their marital community) arising prior to October 6, 2020 (as summarized in the First Amended Complaint filed in Skagit County Superior Court, Case No. 20-2-00636-29)**

**Claims against the Skagit County Sheriff's Office**

**unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................................................................... ➡ | **$37,378.64** |

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

      Name of entity:                                % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

      ☐ No

      ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...................................................................................................➔

| | |
|---|---|
| | **$0.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☑ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No

☑ Yes ..........................

| 1 Donkey, 2 Goats, 2 Chickens, and adult breeding dogs, to the extent not owned by Puget Sound Doodles, LLC | $1,750.00 |

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☑ Yes ..........................

| Bad Boy Mower, Model BRG7233YA<br><br>Farm equipment and tools owned personally, used by Puget Sound Doodles, LLC | $10,000.00 |

50. **Farm and fishing supplies, chemicals, and feed**

☐ No

☑ Yes ..........................

| Supplies | $5,000.00 |

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here .................................................................................................... ➔

| $16,750.00 |

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................... ➔

| $0.00 |

**Part 8:**    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .......................................................................................................... ➔

| $1,534,194.16 |

| | | | | |
|---|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $19,000.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $14,750.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $37,378.64 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $16,750.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61. ................ | $87,878.64 | Copy personal property total ➡ | + $87,878.64 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................................... | | | $1,622,072.80 |

Fill in this information to identify your case:

**Debtor 1**   <u>Alexandra</u>           <u>Katerina</u>            <u>Lemelson</u>

First Name                Middle Name                Last Name

**Debtor 2**

(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   <u>Western</u>   District of   <u>Washington</u>

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **31004 Prevedell Rd Sedro Woolley, WA 98284**<br><br>Line from *Schedule A/B*: **1.2** | **$584,194.16** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.13.030(b) (Allocated: $558,600.00)** |
| Brief description: **2023 Mercedes-Benz CLA250**<br><br>Line from *Schedule A/B*: **3.1** | **$19,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1) (d)(iv)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

**Part 2:**    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: __Household goods and furnishings__<br><br>Line from *Schedule A/B*: __6__ | $5,000.00 | ☑ __$5,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __Wash. Rev. Code § 6.15.010(1) (d)(i)__ |
| Brief description: __Television__<br><br>Line from *Schedule A/B*: __7__ | $400.00 | ☑ __$400.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __Wash. Rev. Code § 6.15.010(1) (d)(i)__ |
| Brief description: __Cell phone__<br><br>Line from *Schedule A/B*: __7__ | $500.00 | ☑ __$500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __Wash. Rev. Code § 6.15.010(1)(c)__ |
| Brief description: __Personal Computer for Debtor__<br><br>Line from *Schedule A/B*: __7__ | $1,000.00 | ☑ __$1,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __Wash. Rev. Code § 6.15.010(1)(c)__ |
| Brief description: __Personal Computer for Minor Child__<br><br>Line from *Schedule A/B*: __7__ | $800.00 | ☑ __$800.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __Wash. Rev. Code § 6.15.010(1)(c)__ |
| Brief description: __Equipment for sports and hobbies__<br><br>Line from *Schedule A/B*: __9__ | $400.00 | ☑ __$400.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __Wash. Rev. Code § 6.15.010(1) (d)(i)__ |
| Brief description: __Firearms__<br><br>Line from *Schedule A/B*: __10__ | $1,000.00 | ☑ __$700.00__<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ __$300.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __Wash. Rev. Code § 6.15.010(1) (d)(i)__<br><br>__Wash. Rev. Code § 6.15.010(1) (d)(ii)__ |
| Brief description: __Clothes, Shoes, Outerwear, Work-wear, and Accessories__<br><br>Line from *Schedule A/B*: __11__ | $5,000.00 | ☑ __$5,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __Wash. Rev. Code § 6.15.010(1)(a)__ |

**Part 2:**   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: __Jewelry__<br><br>Line from *Schedule A/B*: __12__ | $150.00 | ☑ __$150.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(a) |
| Brief description: __Minor Child's Dog__<br><br>Line from *Schedule A/B*: __13__ | $500.00 | ☑ __$500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description: __Wells Fargo__<br>__Checking account__<br>__Acct. No.: XXXXXX7720__<br><br>Line from *Schedule A/B*: __17__ | ($4.30) | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.27.150<br><br><br>Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description: __Wells Fargo__<br>__Checking account__<br>__Acct. No.: XXXXXX7736__<br><br>Line from *Schedule A/B*: __17__ | $29.74 | ☑ __$22.30__<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ __$7.44__<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.27.150<br><br><br>Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description: __UTMA Account (Blocked Account) belonging to Minor Child with proceeds from personal injury settlement__<br>__Other financial account__<br><br>Line from *Schedule A/B*: __17__ | $0.00 | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(viii) |
| Brief description: __Puget Sound Doodles, LLC__<br><br>Line from *Schedule A/B*: __19__ | unknown | ☑ __unknown__<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |

| Part 2: | Additional Page | | |
|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Dream Ahead College Investment Plan**<br><br>Line from *Schedule A/B*: **24** | $10,093.20 | ☑ **$7,201.56**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$1,557.16**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$1,334.48**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(f)**<br><br>**11 U.S.C. § 541(b)(5)**<br><br>**Wash. Rev. Code § 6.15.010(1)(d)(ii)** |
| Brief description: **GET Program**<br><br>Line from *Schedule A/B*: **24** | $27,260.00 | ☑ **$27,260.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(f)**<br><br>**11 U.S.C. § 541(b)(6)** |
| Brief description: **Claims against Kevin and Lindy Doyle (husband and wife, and their marital community) arising prior to October 6, 2020 (as summarized in the First Amended Complaint filed in Skagit County Superior Court, Case No. 20-2-00636-29)**<br><br>Line from *Schedule A/B*: **33** | unknown | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(viii)** |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Claims against Kevin and Lindy Doyle (husband and wife, and their marital community) arising after October 6, 2020, not included in the First Amended Complaint but is of a similar nature as the claims contained therein, including the poisoning of livestock animals and loss of income**<br><br>Line from *Schedule A/B*: __33__ | **unknown** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(viii)** |
| Brief description: **Claims against the Skagit County Sheriff's Office**<br><br>Line from *Schedule A/B*: __33__ | **unknown** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(viii)** |
| Brief description: **1 Donkey, 2 Goats, 2 Chickens, and adult breeding dogs, to the extent not owned by Puget Sound Doodles, LLC**<br><br>Line from *Schedule A/B*: __47__ | **$1,750.00** | ☑ **$1,750.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(ii)** |
| Brief description: **Farm equipment and tools owned personally, used by Puget Sound Doodles, LLC**<br><br>Line from *Schedule A/B*: __49__ | **$5,000.00** | ☑ **$5,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(e)** |
| Brief description: **Supplies**<br><br>Line from *Schedule A/B*: __50__ | **$5,000.00** | ☑ **$10,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(e)** |

Case 24-12920-CMA    Doc 1    Filed 11/14/24    Ent. 11/14/24 15:58:56    Pg. 25 of 72

Fill in this information to identify your case:

| Debtor 1 | **Alexandra** | **Katerina** | **Lemelson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Washington**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

| **Ally Financial** | Describe the property that secures the claim: | $44,000.00 | $19,000.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380901**

Number        Street

**2023 Mercedes-Benz CLA250**

**Minneapolis, MN 55438-0901**

City        State        ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **12/2022** Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $44,000.00 |
|---|---|

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

**2.2**

**Citadel Servicing Corporation**
Creditor's Name

**15707 Rockfield Blvd Ste 320**
Number     Street

**Irvine, CA 92618-2874**
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **04/30/2019**

**Describe the property that secures the claim:**     $650,000.00     $584,194.16     $65,805.84

> 31004 Prevedell Rd Sedro Woolley, WA 98284

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.3**

**Kevin and Lindy Doyle**
Creditor's Name

**c/o Sosa Law Firm PLLC**

**102 W Main St Ste 301**
Number     Street

**Auburn, WA 98001**
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**     $6,700.00     $1,534,194.16     $0.00

> 31004 Prevedell Rd Sedro Woolley, WA 98284 1041 Sterk Ln Bellingham, WA 98226-7920

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Judgment for attorney's fees and costs in Skagit County Superior Court case #20-2-00636-29. Judgment Lien against Skagit Co. Property incurred 5/2/24. Judgment Lien recorded in Whatcom County on 10/28/24.

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $656,700.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Case 24-12920-CMA     Doc 1     Filed 11/14/24     Ent. 11/14/24 15:58:56     Pg. 27 of 72

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.4**   **Quality Loan Service Corp.**

Creditor's Name

**108 1st Ave South Ste 450**

Number    Street

**Seattle, WA 98104**

City    State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **01/21/2022**

**Describe the property that secures the claim:**

> **1041 Sterk Ln Bellingham, WA 98226-7920**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **2**   **8**   **0**   **5**

Column A: **$1,714,861.24**   Column B: **$950,000.00**   Column C: **$764,861.24**

---

**2.5**   **Sheffield Financial**

Creditor's Name

**101 N Cherry St Ste 400**

Number    Street

**Winston Salem, NC 27101-4013**

City    State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **04/21/2022**

**Describe the property that secures the claim:**

> **Bad Boy Mower, Model BRG7233YA**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   ___ ___ ___ ___

Column A: **$5,873.83**   Column B: **$5,000.00**   Column C: **$873.83**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,720,735.07** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$2,421,435.07** |

| Debtor 1 | **Alexandra** | **Katerina** | **Lemelson** | Case number *(if known)* |
|----------|---------------|--------------|--------------|--------------------------|
| | First Name | Middle Name | Last Name | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---------|-----------------------------------------------------------------|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1. | **Citidel Servicing Corporation** | On which line in Part 1 did you enter the creditor? __2.2__ |
|----|-----------------------------------|-------------------------------------------------------------|
| | Name | |
| | **3 Ada Pkwy Ste 200A** | Last 4 digits of account number ___ ___ ___ ___ |
| | Number        Street | |
| | | |
| | **Irvine, CA 92618-2322** | |
| | City             State        ZIP Code | |

| 2. | **Planet Home Lending** | On which line in Part 1 did you enter the creditor? __2.4__ |
|----|-------------------------|-------------------------------------------------------------|
| | Name | |
| | **321 Research Pkwy Ste 303** | Last 4 digits of account number ___ ___ ___ ___ |
| | Number        Street | |
| | | |
| | **Meriden, CT 06450-8342** | |
| | City             State        ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | **Alexandra** | **Katerina** | **Lemelson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Washington**

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 106E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **Internal Revenue Service**
Priority Creditor's Name

**PO Box 7346**
Number        Street

**Philadelphia, PA 19101-7346**
City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a
community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** **2019 - 2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: **unknown**    Priority amount: **unknown**    Nonpriority amount: **unknown**

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---------|---------------------------------------------------|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**   **WA Dept. of Revenue**

Priority Creditor's Name

**2101 4th Ave Ste 1400**

Number      Street

**Seattle, WA 98121-2379**

City      State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** Puget Sound Doodles, LLC

---

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

Total claim: **unknown**   Priority amount: **unknown**   Nonpriority amount: **unknown**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

             **Total claim**

**4.1**   **Arnold, Jacobowitz, and Alvarado**

Nonpriority Creditor's Name

**8201 164th Ave NE Ste 200**

Number       Street

**Redmond, WA 98052-7615**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   __ __ __ __      **$60,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Legal Services Bill**

**4.2**   **Beresford Booth**

Nonpriority Creditor's Name

**145 3rd Ave S**

Number       Street

**Edmonds, WA 98020-3593**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   __ __ __ __      **$60,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Legal Services Bill**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

**4.3**   **Carolyn Lemelson**

Nonpriority Creditor's Name

**25954 Lake Cavanaugh Rd**

Number      Street

**Mount Vernon, WA 98274-8086**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___     **$150,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Personal Guarantee**

---

**4.4**   **Cascade Creditors Service**

Nonpriority Creditor's Name

**1400 King St Ste B105**

Number      Street

**Bellingham, WA 98229-6205**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___     **$100.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Agency**

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page **4** of **11**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.5**   **Chung, Malhas, and Mantel PLLC**

Nonpriority Creditor's Name

**Attn: Edward Chung**

**1037 NE 65th St #80171**

Number     Street

**Seattle, WA 98115-6655**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Notice Only

Last 4 digits of account number ___ ___ ___ ___     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal Services Bill**

---

**4.6**   **John Deere Financial**

Nonpriority Creditor's Name

**6400 NW 86th St**

Number     Street

**Johnston, IA 50131-2945**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___     **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Personal Guarantee**

---

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          Total claim

---

**4.7** | **Kevin and Lindy Doyle**

Nonpriority Creditor's Name

**c/o Sosa Law Firm PLLC**

**102 W Main St Ste 301**
Number          Street

**Auburn, WA 98001**
City            State           ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

**Remarks:** Counterclaims in Skagit Co Superior Court case #20-2-00636-29.

Last 4 digits of account number  ___ ___ ___ ___          **unknown**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.8** | **Ojala Law Inc. PS**

Nonpriority Creditor's Name

**204 W Main St Ste C**
Number          Street

**Monroe, WA 98272-1829**
City            State           ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$13,000.00**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Legal Services Bill**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---------|-------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     Total claim

---

**4.9**

**US Dept of Education**

Nonpriority Creditor's Name

**Office of General Counsel**

**400 Maryland Ave SW Rm 6E353**

Number          Street

**Washington, DC 20202-0001**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$127,428.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.10**

**US Small Business Administration**

Nonpriority Creditor's Name

**409 3rd St SW**

Number          Street

**Washington, DC 20416-0011**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$60,000.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Personal Guarantee**

Case 24-12920-CMA    Doc 1    Filed 11/14/24    Ent. 11/14/24 15:58:56    Pg. 36 of 72

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

**4.11**   **Waypoint Resource Group LLC**      Last 4 digits of account number   ___ ___ ___ ___    **$110.00**

Nonpriority Creditor's Name

**1065 W Levoy Dr Ste 100**      **When was the debt incurred?** _____

Number      Street

**Salt Lake Cty, UT 84123-2979**      **As of the date you file, the claim is:** Check all that apply.

City        State        ZIP Code
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Agency**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**1**   WA Office of the Attorney General
Name

Bankruptcy & Collections Unit

800 5th Ave Ste 2000
Number    Street

Seattle, WA 98104-3188
City        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.2** of *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**2**   Lynden Veterinary Hosp
Name

1919 Front St
Number    Street

Lynden, WA 98264-1707
City        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**3**   US Attorney's Office
Name

Attn: Civil Process Clerk

700 Stewart St Room 5220
Number    Street

Seattle, WA 98101
City        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**4**   Edfinancial Services
Name

PO Box 36008
Number    Street

Knoxville, TN 37930-6008
City        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**5**   US Small Business Administration
Name

2401 4th Ave Ste 400
Number    Street

Seattle, WA 98121
City        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**6**   US Small Business Administration
Name

CESC - COVID EIDL Service Center

14925 Kingsport Rd
Number    Street

Fort Worth, TX 76155-2243
City        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |

---

**7.** **US Attorney's Office**
Name

**Attn: Civil Process Clerk**

**700 Stewart St Room 5220**
Number     Street

**Seattle, WA 98101**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.10** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**8.** **Comcast Xfinity**
Name

**9602 S 300 W Ste B**
Number     Street

**Sandy, UT 84070-3302**
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.11** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.    $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.    $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.    $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. +    $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e.    $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.    $127,428.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.    $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.    $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. +    $348,210.00 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j.    $475,638.00 |

Fill in this information to identify your case:

Debtor 1 **Alexandra** **Katerina** **Lemelson**
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing)
First Name Middle Name Last Name

United States Bankruptcy Court for the: **Western District of Washington**

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Name<br>Number Street<br>City State ZIP Code | |
| **2.2** Name<br>Number Street<br>City State ZIP Code | |
| **2.3** Name<br>Number Street<br>City State ZIP Code | |
| **2.4** Name<br>Number Street<br>City State ZIP Code | |

Case 24-12920-CMA Doc 1 Filed 11/14/24 Ent. 11/14/24 15:58:56 Pg. 41 of 72

Debtor 1    **Alexandra**     **Katerina**     **Lemelson**
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    **Western**    District of    **Washington**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

       ☑ No
       ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

       _____
       Name of your spouse, former spouse, or legal equivalent

       _____
       Number     Street

       _____
       City     State     ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |
| **3.1**   **Lemelson, Carolyn** <br> Name <br><br> **25954 Lake Cavanaugh Rd** <br> Number    Street <br> **Mount Vernon, WA 98274-8086** <br> City    State    ZIP Code | ☑ Schedule D, line   **2.2** <br><br> ☐ Schedule E/F, line _____ <br><br> ☐ Schedule G, line _____ |
| **3.2**   **Lemelson, Katerina** <br> Name <br><br> **31004 Prevedell Rd** <br> Number    Street <br> **Sedro Woolley, WA 98284** <br> City    State    ZIP Code | ☑ Schedule D, line   **2.2, 2.4, 2.5** <br><br> ☑ Schedule E/F, line   **2.2, 4.3, 4.7, 4.10** <br><br> ☐ Schedule G, line _____ |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.3**

**Puget Sound Doodles, LLC**
Name

   ☑ Schedule D, line    **2.1**

**31004 Prevedell Rd**
Number        Street

   ☑ Schedule E/F, line   **2.2, 4.3, 4.10**

**Sedro Woolley, WA 98284**
City        State        ZIP Code

   ☐ Schedule G, line    _____

**Fill in this information to identify your case:**

Debtor 1    **Alexandra        Katerina        Lemelson**
            First Name         Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **Western District of Washington**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed ☐ Not Employed | ☐ Employed ☐ Not Employed |
| | **Occupation** | **Owner, Agricultural and Skilled Labor** | |
| Include part time, seasonal, or self-employed work. | **Employer's name** | **Puget Sound Doodles, LLC** | |
| | **Employer's address** | **31004 Prevedell Rd** | |
| Occupation may include student or homemaker, if it applies. | | Number Street | Number Street |
| | | | |
| | | | |
| | | **Sedro Woolley, WA 98284** | |
| | | City  State  Zip Code | City  State  Zip Code |
| | **How long employed there?** | **6 years** | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | **$0.00** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | + **$0.00** | + **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | **$0.00** | **$0.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here............................................................➔ | 4. | $0.00 | $0.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |

| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |

**8.** List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | | 8a. | $6,108.05 | $0.00 |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | | 8c. | $3,054.03 | $0.00 |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $0.00 | $0.00 |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |

| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $9,162.08 | $0.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $9,162.08 + | $0.00 = | $9,162.08 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                                                                                    11. + $0.00

| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies | 12. | $9,162.08 |
| | | | **Combined monthly income** |

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:

> **Income fluctuates seasonally, as sole income is from agricultural activities through Puget Sound Doodles, LLC. Business income is half of net income for May 1 to Oct. 31, 2024. Family support comes from the Debtor's Mother, with whom they live and share expenses, allocated as 1/2 of Mother's 1/2 Net Income to Puget Sound Doodles, LLC (25% of total net income) based on her membership interest that is regularly contributed towards the household expenses itemized on Sch J.**

8a. Attached Statement

## Net Business Income to Debtor from Puget Sound Doodles, LLC

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1.   Gross Monthly Income:                                                              **$6,108.05**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2.   Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

      TOTAL PAYMENTS TO SECURED CREDITORS             **$0.00**

3.   Other Expenses

      TOTAL OTHER EXPENSES             **$0.00**

4.   TOTAL MONTHLY EXPENSES(Add item 2 - 21)             **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5.   AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1)        **$6,108.05**

**Fill in this information to identify your case:**

Debtor 1    **Alexandra        Katerina        Lemelson**
_____
First Name        Middle Name        Last Name

Debtor 2    _____
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    **Western District of Washington**

Case number    _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1.   Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

  ☐ No

  ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2.   Do you have dependents?**

Do not list Debtor 1 and
Debtor 2.

Do not state the dependents'
names.

☐ No

☑ Yes. Fill out this information
for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 13 | ☐ No.  ☑ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

**3.   Do your expenses include
expenses of people other than
yourself and your dependents?**

☐ No

☑ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4.   The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$0.00** |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | **$0.00** |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | **$500.00** |
| 4d.   Homeowner's association or condominium dues | 4d. | **$0.00** |

First Name         Middle Name        Last Name

| | Your expenses |
|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans      5. _____ **$0.00**

6. **Utilities:**

   6a. Electricity, heat, natural gas      6a. _____ **$1,000.00**

   6b. Water, sewer, garbage collection      6b. _____ **$70.00**

   6c. Telephone, cell phone, Internet, satellite, and cable services      6c. _____ **$650.00**

   6d. Other. Specify: _____      6d. _____ **$0.00**

7. **Food and housekeeping supplies**      7. _____ **$1,500.00**

8. **Childcare and children's education costs**      8. _____ **$3,000.00**

9. **Clothing, laundry, and dry cleaning**      9. _____ **$250.00**

10. **Personal care products and services**      10. _____ **$200.00**

11. **Medical and dental expenses**      11. _____ **$300.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.      12. _____ **$750.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**      13. _____ **$250.00**

14. **Charitable contributions and religious donations**      14. _____ **$30.00**

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance      15a. _____ **$42.00**

   15b. Health insurance      15b. _____ **$150.00**

   15c. Vehicle insurance      15c. _____ **$510.00**

   15d. Other insurance. Specify: _____      15d. _____ **$0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.

   Specify: _____      16. _____ **$0.00**

17. **Installment or lease payments:**

   17a. Car payments for Vehicle 1      17a. _____ **$0.00**

   17b. Car payments for Vehicle 2      17b. _____ **$0.00**

   17c. Other. Specify: _____      17c. _____ **$0.00**

   17d. Other. Specify: _____      17d. _____ **$0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**      18. _____ **$0.00**

19. **Other payments you make to support others who do not live with you.**

   Specify: _____      19. _____ **$0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a. Mortgages on other property      20a. _____ **$0.00**

   20b. Real estate taxes      20b. _____ **$0.00**

   20c. Property, homeowner's, or renter's insurance      20c. _____ **$0.00**

   20d. Maintenance, repair, and upkeep expenses      20d. _____ **$0.00**

   20e. Homeowner's association or condominium dues      20e. _____ **$0.00**

21. **Other.** Specify: _____                       21.   +   _____ **$0.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                              22a.   _____ **$9,202.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.   _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.          22c.   _____ **$9,202.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I*.      23a.   _____ **$9,162.08**

    23b. Copy your monthly expenses from line 22c above.                     23b.   −   _____ **$9,202.00**

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                           23c.   _____ **($39.92)**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.          None

Fill in this information to identify your case:

Debtor 1    **Alexandra**    **Katerina**    **Lemelson**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **Western District of Washington**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

| | Your assets |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
|    1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................... | **$1,534,194.16** |
|    1b. Copy line 62, Total personal property, from *Schedule A/B*.......................................... | **$87,878.64** |
|    1c. Copy line 63, Total of all property on *Schedule A/B*.................................................. | **$1,622,072.80** |

## Part 2: Summarize Your Liabilities

| | Your liabilities |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|    2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$2,421,435.07** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
|    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$475,638.00** |
| **Your total liabilities** | **$2,897,073.07** |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
|    Copy your combined monthly income from line 12 of *Schedule I*........................................................ | **$9,162.08** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
|    Copy your monthly expenses from line 22c of *Schedule J*........................................................ | **$9,202.00** |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☑ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☐ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

Debtor 1    **Alexandra**      **Katerina**      **Lemelson**
_____
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) _____
First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **Western District of Washington**

Case number
(if known) _____

☐ Check if this is an
amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules      **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Alexandra Katerina Lemelson**
_____
Alexandra Katerina Lemelson, Debtor 1

Date **11/14/2024**
    MM/ DD/ YYYY

| Debtor 1 | **Alexandra** | **Katerina** | **Lemelson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Washington**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **1041 Sterk Ln** | From **2022** | | From _____ |
| Number   Street | To **2024** | Number   Street | To _____ |
| **Bellingham, WA 98226-7920** | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number   Street | To _____ | Number   Street | To _____ |
| | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Case 24-12920-CMA    Doc 1    Filed 11/14/24    Ent. 11/14/24 15:58:56    Pg. 53 of 72

**Part 2:**   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | **$65,000.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, **2023** ) YYYY | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | **$130,000.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2022** ) YYYY | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | **$210,000.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:** (January 1 to December 31, **2023** ) YYYY | | | | |
| **For the calendar year before that:** (January 1 to December 31, **2022** ) YYYY | | | | |

**Part 3:**   List Certain Payments You Made Before You Filed for Bankruptcy

### 6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☑ **No.**    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

       ☑ **No.** Go to line 7.

       ☐ **Yes.**   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

       * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.**    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

       ☐ **No.** Go to line 7.

       ☐ **Yes.**   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name | _____ | _____ | _____ | ☐ Mortgage<br>☐ Car |
| _____<br>Number   Street | _____ | | | ☐ Credit card<br>☐ Loan repayment |
| _____<br>City    State    ZIP Code | _____ | | | ☐ Suppliers or vendors<br>☐ Other _____ |

### 7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ **No**

☑ **Yes.** List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Carolyn Lemelson**<br>Insider's Name<br>**25954 Lake Cavanaugh Rd**<br>Number   Street<br>**Mount Vernon, WA 98274-8086**<br>City    State    ZIP Code | **2x per Month** | **$9,249.35** | **$150,000.00** | **Payment by Puget Sound Doodles, LLC, to Carolyn Lemelson (sister) towards unsecured loan** |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number     Street | _____ | | | |
| _____<br>City         State    ZIP Code | _____ | | | |

---

<div style="background:black;color:white">**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures</div>

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title __Lemelson v. Doyle__<br>Case number __20-2-00636-29__ | Civil - Trespass, False Reporting, Intentional Infliction of Emotional Distress, and Intentional Harm to Animals | __Skagit County Superior Court__<br>Court Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title __Lemelson v. Smith__<br>Case number __Y24-016__ | Small Claims | __Skagit County District Court__<br>Court Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title __Lemelson v. Regal__<br>Case number _____ | Protective Order. | __Skagit County District Court__<br>Court Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor 1 | Alexandra | Katerina | Lemelson | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **In the Matter of the Application of Alexandra Lemelson For Approval of a Special Use Permit** | **Application for Special Use Permit** | **Skagit County Hearing Examiner** <br> Court Name <br><br> Number    Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **PL20521** | | City         State    ZIP Code | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| **Quality Loan Service Corp.** <br> Creditor's Name <br><br> **108 1st Ave South** <br> Number    Street <br><br> _____ <br><br> **Seattle, WA 98104** <br> City         State    ZIP Code | **Foreclosure scheduled for 11/15/24 of Bellingham property** <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☑ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City         State    ZIP Code | | | |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

**Part 5:**   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City    State    ZIP Code<br><br>Person's relationship to you  _____ |  | _____  _____<br><br>_____  _____ | _____<br><br>_____ |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Amanda Hope Rainbow Angels**<br>Charity's Name<br><br>_____<br><br>**340 E Coronado Rd**<br>Number    Street<br><br>**Phoenix, AZ 85004-1524**<br>City    State    ZIP Code | **Product** | **Annually** | **$9,000.00** |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **The Kings School**<br>Charity's Name<br><br>_____<br><br>**19303 Fremont Ave N**<br>Number    Street<br><br>**Shoreline, WA 98133-3800**<br>City    State    ZIP Code | **Product** | **Annually** | **$9,000.00** |

**Part 6:** List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

**Part 7:** List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Scordato Law, PLLC**<br>Person Who Was Paid | **Pre-petition Fees; Filing Fee** | | |
| **PO Box 1962**<br>Number   Street | | **11/13/2024** | **$5,000.00** |
| | | **11/14/2024** | **$278.00** |
| **Seattle, WA 98111**<br>City   State   ZIP Code | | | |
| **kathryn@scordatolaw.com**<br>Email or website address | | | |
| **Puget Sound Doodles, LLC**<br>Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | _____ |
| Number   Street | | _____ | _____ |
| City   State   ZIP Code | | | |

Case 24-12920-CMA     Doc 1     Filed 11/14/24     Ent. 11/14/24 15:58:56     Pg. 59 of 72

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City      State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**

(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

<div style="background:black;color:white;">**Part 8:**</div> List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

Case 24-12920-CMA    Doc 1    Filed 11/14/24    Ent. 11/14/24 15:58:56    Pg. 60 of 72

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** _____ | **XXXX–** ___ ___ ___ ___ | ☐ Checking | _____ | _____ |
| **Number    Street** _____ | | ☐ Savings | | |
| | | ☐ Money market | | |
| _____ | | ☐ Brokerage | | |
| **City        State    ZIP Code** | | ☐ Other _____ | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** _____ | **Name** _____ | | ☐ No<br>☐ Yes |
| **Number    Street** _____ | **Number    Street** _____ | | |
| _____ | **City          State    ZIP Code** | | |
| **City        State    ZIP Code** | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility** _____ | **Name** _____ | | ☐ No<br>☐ Yes |
| **Number    Street** _____ | **Number    Street** _____ | | |
| _____ | **City          State    ZIP Code** | | |
| **City        State    ZIP Code** | | | |

Case 24-12920-CMA    Doc 1    Filed 11/14/24    Ent. 11/14/24 15:58:56    Pg. 61 of 72

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | |
| | Number      Street | | |
| Number      Street | | | |
| | City             State      ZIP Code | | |
| City             State      ZIP Code | | | |

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number      Street | Number      Street | | |
| City             State      ZIP Code | City             State      ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Case 24-12920-CMA    Doc 1   Filed 11/14/24   Ent. 11/14/24 15:58:56   Pg. 62 of 72

| Debtor 1 | Alexandra | Katerina | Lemelson | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| | **City        State    ZIP Code** | | |
| **City        State    ZIP Code** | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ | **Court Name** | | ☐ Pending |
| | | | ☐ On appeal |
| _____ | **Number    Street** | | ☐ Concluded |
| **Case number** _____ | **City        State    ZIP Code** | | |

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Puget Sound Doodles, LLC** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | **Agriculture - Dog Breeding and Training** | EIN: __8__ __3__ – __1__ __3__ __9__ __6__ __6__ __2__ __4__ |
| | | |
| **31004 Prevedell Rd** | Name of accountant or bookkeeper | Dates business existed |
| **Number    Street** | | |
| **Sedro Woolley, WA 98284** | | From   **2018**   To _____ |
| **City        State    ZIP Code** | | |

**Puget Sound Doodles Pet Resort, LLC**
Name

| Describe the nature of the business | Employer Identification number |
|---|---|
| **Agriculture - Animal Boarding and Care** | Do not include Social Security number or ITIN. |
| | EIN: __ __ – __ __ __ __ __ __ __ |

**1041 Sterk Ln**
Number     Street

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From **2022** To **2024** |

**Bellingham, WA 98226-7920**
City              State     ZIP Code

**Barks and Bubbles Pet Grooming**
Name

| Describe the nature of the business | Employer Identification number |
|---|---|
| **Pet Grooming** | Do not include Social Security number or ITIN. |
| | EIN: __ __ – __ __ __ __ __ __ __ |

**1041 Sterk Ln**
Number     Street

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From **2023** To **2024** |

**Bellingham, WA 98226-7920**
City              State     ZIP Code

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|

_____     _____
Name                                          MM / DD / YYYY

_____
Number     Street

_____
City              State     ZIP Code

Case 24-12920-CMA    Doc 1    Filed 11/14/24    Ent. 11/14/24 15:58:56    Pg. 64 of 72

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X**   **/s/ Alexandra Katerina Lemelson**

     Signature of Alexandra Katerina Lemelson, Debtor 1

Date **11/14/2024**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# United States Bankruptcy Court
## Western District of Washington

**In re**    Lemelson, Alexandra Katerina

Case No. _____

**Debtor**                                    Chapter _____ **12** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>**FLAT FEE**</u>

For legal services, I have agreed to accept .......................................................................... _____

Prior to the filing of this statement I have received ............................................................... _____

Balance Due ...................................................................................................................... _____

☑ <u>**RETAINER**</u>

For legal services, I have agreed to accept and received a retainer of ..................................... **$5,000.00**

The undersigned shall bill against the retainer at an hourly rate of ........................................ **$350.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and
expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☐ Debtor        ☑ Other (specify)      **Puget Sound Doodles, LLC**

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The above fee does not include the following services:
i. Responding to any motions regardless of the filing party, including, but not limited to, the following: Motion for Relief from Stay, Motion to Abandon Property, and Motion for Redemption of Property
ii. Adversary Proceedings of any kind
iii. Responding to and/or Representation at Bankruptcy Rule 2004 Examinations
iv. Amendments to Bankruptcy Schedules or Statements after filing
v. Preparation and/or Review of Reaffirmation Agreements
vi. Services Related to Recovery of Garnished Funds and/or Motions or Adversary Proceedings for Turnover of Estate Property
vii. Judgment Lien Avoidance or Lien Stripping
viii. Reopening of the Bankruptcy Case for any reason, including for entry of discharge
ix. Adding additional creditors to a filed bankruptcy case
x. Any other miscellaneous motion or adversary matter not described above.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/14/2024** | **/s/ Kathryn P. Scordato** |
|---|---|
| *Date* | Kathryn P. Scordato |
| | *Signature of Attorney* |

                                 Bar Number: 41922
                               Scordato Law, PLLC
                               PO Box 1962
                               Seattle, WA 98111-1962
                               Phone: (206) 223-9595

**Scordato Law, PLLC**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

IN RE: **Lemelson, Alexandra Katerina**　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **12**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 　**11/14/2024**　　　　Signature 　　　　　　　**/s/ Alexandra Katerina Lemelson**　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Alexandra Katerina Lemelson, Debtor

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901


Arnold, Jacobowitz, and
Alvarado
8201 164th Ave NE Ste 200
Redmond, WA 98052-7615


Beresford Booth
145 3rd Ave S
Edmonds, WA 98020-3593


Carolyn Lemelson
25954 Lake Cavanaugh Rd
Mount Vernon, WA 98274-8086


Cascade Creditors Service
1400 King St Ste B105
Bellingham, WA 98229-6205


Chung, Malhas, and Mantel
PLLC
Attn: Edward Chung
1037 NE 65th St #80171
Seattle, WA 98115-6655


Citadel Servicing Corporation
15707 Rockfield Blvd Ste 320
Irvine, CA 92618-2874


Citidel Servicing Corporation
3 Ada Pkwy Ste 200A
Irvine, CA 92618-2322

Comcast Xfinity
9602 S 300 W Ste B
Sandy, UT 84070-3302

Edfinancial Services
PO Box 36008
Knoxville, TN 37930-6008

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

John Deere Financial
6400 NW 86th St
Johnston, IA 50131-2945

Kevin and Lindy Doyle
c/o Sosa Law Firm PLLC
102 W Main St Ste 301
Auburn, WA 98001

Carolyn Lemelson
25954 Lake Cavanaugh Rd
Mount Vernon, WA 98274-8086

Katerina Lemelson
31004 Prevedell Rd
Sedro Woolley, WA 98284

Lynden Veterinary Hosp
1919 Front St
Lynden, WA 98264-1707

Ojala Law Inc. PS
204 W Main St Ste C
Monroe, WA 98272-1829


Planet Home Lending
321 Research Pkwy Ste 303
Meriden, CT 06450-8342


Puget Sound Doodles, LLC
31004 Prevedell Rd
Sedro Woolley, WA 98284


Quality Loan Service Corp.
108 1st Ave South Ste 450
Seattle, WA 98104


Sheffield Financial
101 N Cherry St Ste 400
Winston Salem, NC 27101-4013


US Attorney's Office
Attn: Civil Process Clerk
700 Stewart St Room 5220
Seattle, WA 98101


US Dept of Education
Office of General Counsel
400 Maryland Ave SW Rm 6E353
Washington, DC 20202-0001


US Small Business
Administration
409 3rd St SW
Washington, DC 20416-0011

US Small Business
Administration
2401 4th Ave Ste 400
Seattle, WA 98121


US Small Business
Administration
CESC - COVID EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

WA Dept. of Revenue
2101 4th Ave Ste 1400
Seattle, WA 98121-2379


WA Office of the Attorney
General
Bankruptcy & Collections Unit
800 5th Ave Ste 2000
Seattle, WA 98104-3188

Waypoint Resource Group LLC
1065 W Levoy Dr Ste 100
Salt Lake Cty, UT 84123-2979